**FAIRFIELD COUNTY, AUGUST TERM, A. D. 1790.**

### PALMER v. PALMER.

Civil causes cognizable before a single minister of justice, must be prosecuted before such authority in those towns only, wherein the plaintiff or defendant dwell.

ERROR to reverse a judgment of a justice, in an action on a note. The plaintiff and defendant lived in Greenwich, and there were justices in said town, who could judge between the parties. The court was held in Greenwich, by a justice who belonged to Stamford.

Error assigned — That said justice by law had no right to go out of his own town to try said cause.

Judgment — Manifest error. The statute is, that all suits and prosecutions cognizable before an assistant or justice of the peace, shall be made and prosecuted, before such authority in those towns, only, where the plaintiff or defendant dwell, unless there be no authority which may lawfully try said cause, in either of said towns; then, etc.